3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３—３３５３—３５２１
MAIL abuse.flex.law.group@gmail.com
Attorney for Bandai Namco Music Live Inc.

November 10, 2023

**Via Email**
Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

  RE: **NOTIFICATION OF COPYRIGHT INFRINGEMENT**
     **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

 I represent Bandai Namco Music Live Inc., a Japanese corporation (hereinafter called "BNML"), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

 It has recently come to BNML's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://jpfiles.eu/, https://www.jpin.eu/ , https://urajp.se/ , https://jpop.xyz/ , https://mqs.pw/, more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

 BNML has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

 We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work.  Specifically, we request that you remove or disable the Infringing Work from
https://jpfiles.eu/, https://www.jpin.eu/ , https://urajp.se/ , https://jpop.xyz/ , https://mqs.pw/,

or any of your system or services.

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that BNML and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*Hiroyuki Nakajima*

Exhibit A.

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | Lilac Melody | 結城アイラ (Aira Yūki) | https://music.apple.com/us/album/1708944520 | https://jpfiles.eu/japanese/japanese-music-singles/single-%e9%88%b4%e6%9c%a8%e6%84%9b%e5%a5%88-lilac-melody-2023-10-11mp3flac/ | [Single] 鈴木愛奈 – Lilac Melody (2023.10.11)[MP3+Flac] |
| 2 | Lilac Melody | 結城アイラ (Aira Yūki) | https://music.apple.com/us/album/1706852930 | https://www.jpin.eu/archives/174620 | |
| 3 | Lilac Melody | 結城アイラ (Aira Yūki) | https://music.apple.com/us/album/1708944520 | https://urajp.se/single-%e9%88%b4%e6%9c%a8%e6%84%9b%e5%a5%88-lilac-melody-2023-10-11mp3flac/ | [Single] 鈴木愛奈 – Lilac Melody (2023.10.11)[MP3+Flac] |
| 4 | rebind | XELIK 唐沢美帆 (Miho Karasawa) | https://music.apple.com/us/album/1661544908?i=1661545216 | https://jpop.xyz/true-%e5%94%90%e6%b2%a2%e7%be%8e%e5%b8%86-miho-karasawa-rebind-flac-web-2023-01-10/ | TRUE (唐沢美帆 / Miho Karasawa) – rebind [FLAC / WEB] [2023.01.10] |
| 5 | にゃんだーわんだーデイズ (Nyander Wonder Days) | MITSUYUKI MIYAKE TAKAROT | https://music.apple.com/us/album/1533194209 | https://mqs.pw/ayaka-ohashi-%e5%a4%a7%e6%a9%8b%e5%bd%a9%e9%a6%99-%e3%81%ab%e3%82%83%e3%82%93%e3%81%a0%e3%83%bc%e3%82%8f%e3%82%93%e3%81%a0%e3%83%bc%e3%83%87%e3%82%a4%e3%82%ba-ep-2020-10-03-flac-24bit-96khz/ | Ayaka Ohashi (大橋彩香) – にゃんだーわんだーデイズ (EP) (2020-10-03) [FLAC 24bit/96kHz] |

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３—３３５３—３５２１
MAIL abuse.flex.law.group@gmail.com
Attorney for Sony Music Entertainment (Japan) Inc.

November 10, 2023

**Via Email**
Cloudflare, Inc.
Legal Department
101 Townsend St
San Francisco, CA 94107
Phone: 6503198930
Email: abuse@cloudflare.com

   RE:  ***NOTIFICATION OF COPYRIGHT INFRINGEMENT***
       **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

  I represent Sony Music Entertainment (Japan) Inc., a Japanese corporation (hereinafter called "SMEJ"), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

  It has recently come to SMEJ's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://jpfiles.eu/, https://www.jpin.eu/ , https://urajp.se/ , https://jpop.xyz/ , https://mqs.pw/, more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

  SMEJ has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

  We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Work from

https://jpfiles.eu/, https://www.jpin.eu/ , https://urajp.se/ , https://jpop.xyz/ , https://mqs.pw/, or any of your system or services.

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that SMEJ and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*(signature: Hiroyuki Nakajima)*

Exhibit A.

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | 私が笑う理由は (Watashi ga Warau Wake ha) | 古川貴浩 (Takahiro Furukawa) | https://music.apple.com/us/album/1708217885 | https://jpfiles.eu/japanese/japanese-music-singles/single-asca-%e7%a7%81%e3%81%8c%e7%ac%91%e3%81%86%e7%90%86%e7%94%b1%e3%81%af-2023-10-08mp3hi-res-flac/ | [Single] ASCA - 私が笑う理由は (2023.10.08)[MP3+Hi-Res FLAC] |
| 2 | 私が笑う理由は (Watashi ga Warau Wake ha) | 古川貴浩 (Takahiro Furukawa) | https://music.apple.com/us/album/1708217885 | https://www.jpin.eu/archives/174443 | |
| 3 | ふぉりら (Folila) | 重永亮介 (Ryosuke Shigenaga) | https://music.apple.com/us/album/1708217817 | https://urajp.se/single-claris-%e3%81%b5%e3%81%89%e3%82%8a%e3%82%89-2023-10-07mp3hi-res-flac/ | [Single] ClariS - ふぉりら (2023.10.07)[MP3+Hi-Res FLAC] |
| 4 | JUST SOMETHING BEAUTIFUL | TiU | https://music.apple.com/us/album/1708398811?i=1708398822 | https://jpop.xyz/tiu-show-time-flac-web-2023-10-04/ | TiU - SHOW TiME [FLAC / WEB] [2023.10.04] |
| 5 | 初恋 (Hatsukoi) | 宇多田ヒカル (Hikaru Utada) | https://music.apple.com/us/album/hatsukoi/1538152426?i=1538152429 | https://mqs.pw/%e5%ae%87%e5%a4%9a%e7%94%b0%e3%83%92%e3%82%ab%e3%83%ab-utada-hikaru-%e5%88%9d%e6%81%8b-flac-24bit-96khz/ | 宇多田ヒカル (Utada Hikaru) - 初恋 [FLAC 24bit/96kHz] |

**EXHIBIT A**